# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AKEEM COSTON, | § | |
| | § | No. 439, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | I.D. Nos.: 1502014659 and |
| Plaintiff Below, | § | 1502014656 |
| Appellee. | § | |

Submitted: February 15, 2017
Decided: February 23, 2017

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 23rd day of February 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated July 25, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

James T. Vaughn
Justice